

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     John Joe Camacho v. The State of Texas

Appellate case number:   01-20-00282-CR

Trial court case number:  86317-CR

Trial court:              461st District Court of Brazoria County

Appellant's brief was due September 11, 2020. Appellant's retained counsel filed a motion for extension on September 10, 2020, asking for a 60-day extension. The Court inadvertently failed to rule on this motion. More than 60 days have elapsed since counsel filed the motion. Accordingly, the Court dismisses the motion for extension as moot.

The Court resets the deadline for appellant's brief on **January 15, 2021**.

It is so ORDERED.

Judge's signature: ___/s/ Richard Hightower_____
                  ☑ Acting individually    ☐ Acting for the Court

Date: __December 22, 2020___